**Electronically Filed
Supreme Court
SCWC-11-0000342
20-DEC-2012
10:15 AM**

SCWC-11-0000342

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

THEODORE K. BLAKE, Petitioner/Plaintiff-Appellant,

vs.

COUNTY OF KAUAI PLANNING COMMISSION; COUNTY OF KAUAI
PLANNING DEPARTMENT; IAN COSTA, in his official capacity as
Planning Director; DEPARTMENT OF LAND AND NATURAL RESOURCES;
WILLIAM J. AILA, JR., in his official capacity as chair of the
Department of Land and Natural Resources; and STACY T.J. WONG,
as Successor Trustee of the Eric A. Knudsen Trust,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000342; CIV. NO. 09-4-0069)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

          Petitioner/Plaintiff-Appellant Theodore K. Blake's
application for writ of certiorari filed on November 7, 2012, is
hereby accepted and will be scheduled for oral argument.  The
parties will be notified by the appellate clerk regarding
scheduling.

          DATED:  Honolulu, Hawaiʻi, December 20, 2012.

David Kimo Frankel for
petitioner

Michael D. Tom for
respondent Stacey T.J. Wong

Ian K. Jung for respondents
County of Kauai Planning
Commission, County of Kauai
Planning Department, and
Ian Costa

Linda L.W. Chow for
respondents Department of
Land and Natural Resources
and William J. Aila, Jr.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

